# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOLLYVALE RENTAL HOLDINGS, LLC, <br><br>Plaintiff, <br><br>v. <br><br>RAE NOLA EDWARDS, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; All other persons unknown claiming any right, title estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V, <br><br>Defendants. | Case No.: 3:17-cv-00162-MMD-WCG <br><br>**ORDER GRANTING MOTION TO SUBSTITUTE THE UNKNOWN HEIRS OF RAE NOLA EDWARDS, EXPAND TIME TO SERVE AND ALLOW SERVICE OF PROCESS BY PUBLICATION.** |

On July 11, 2017, HOLLYVALE RENTAL HOLDINGS, LLC ("Plaintiff") filed its Motion To Substitute the Unknown Heirs of Rae Nola Edwards, Expand Time To Serve and Allow Service Of Process By Publication [Doc. #21]. Based on said Motion, Defendant Nola Rae Edwards has deceased, and efforts to ascertain her heirs and serve them have been unsuccessful. Good cause appearing therefore, and pursuant to FRCP 25(c), Fed. R. Civ. P. 4(e)(1) and N.R.C.P. 4(e)(1),

IT IS HEREBY ORDERED that Plaintiff's Motion is hereby GRANTED;

///

///

- 1 -

IT IS FURTHER ORDERED that the Unknown Heirs of Nola Rae Edwards are hereby substituted in place of Nola Rae Edwards as defendants in this case;

IT IS FURTHER ORDERED that the Unknown Heirs of Nola Rae Edwards cannot be found so as to be personally served and may be served by publication of the Summons at least once a week for four (4) consecutive weeks in the Nevada Legal News or another newspaper of general circulation published in Clark County, Nevada;

IT IS FURTHER ORDERED that the deadline to serve the Unknown Heirs of Nola Rae Edwards is hereby extended an additional ninety (90) days from the date of entry of this order.

DATED this 19th day of July, 2017.

/s/ William G. Cobb
United States Magistrate Judge