GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: karenayarbe@kernltd.com

*Attorneys for Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RAE NOLA EDWARDS an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; KERN & ASSOCIATES, LTD.; SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V,<br><br>    Defendants.<br>_____/ | Case No.: 3:17-cv-00162-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD. TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED COMPLAINT**<br><br>[First Request] |

***IT IS HEREBY STIPULATED*** between Plaintiff, CHAMPERY RENTAL REO, LLC ("Plaintiff"), by and through its counsel, Hutchison & Steffen, LLC, and Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd. ("Kern"), by and through its counsel Kern & Associates, Ltd., to extend the deadline for Kern to answer or otherwise respond to Plaintiff's Third Amended Complaint to March 9, 2018.

Kern was served with Plaintiff's Third Amended Complaint and Summons on or about January 19, 2018, which makes Kern's responsive pleading to Plaintiff's Third Amended Complaint due February 9, 2018, currently.

Plaintiff and Kern (collectively referred to as the "Parties") stipulate and agree to an extension of the deadline for Kern to answer or otherwise respond to the Third Amended Complaint up-to-and-including March 9, 2018. The Parties are engaged in substantive discussions regarding potential resolution of this matter and wish to conserve the time and resources of the Parties and the Court while such discussions move forward. Therefore, good cause exists for the extension. This is the first request for an extension of time with respect to this matter and is not intended to cause delay or prejudice to any party.

DATED this 6th day of February, 2018.	DATED this 6th day of February, 2018.

**KERN & ASSOCIATES, LTD.**	**HUTCHINSON & STEFFEN, LLC**
 /s/ Karen M. Ayarbe, Esq.	 /s/ Sandra S. Robertson, Esq.
KAREN M. AYARBE, ESQ.	SANDRA S. ROBERTSON, ESQ.
Nevada Bar No. 3358	Nevada Bar No. 5504
5421 Kietzke Lane, Ste. 200	10080 West Alta Drive, Ste. 200
Reno, NV 89511	Las Vegas, NV 89145
Tel: (775) 324-5930	Tel: (702) 385-2500
Email: karenayarbe@kernltd.com	Email: srobertson@hutchlegal.com
*Attorneys for Defendant, Gayle A. Kern,*	*Attorneys for Plaintiff*
*Ltd. dba Kern & Associates, Ltd.*	*Champery Rental REO, LLC*

## ORDER

**IT IS SO ORDERED**.

DATED this  7th  day of February 2018.

_____
UNITED STATES MAGISTRATE JUDGE