James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
**PENGILLY LAW FIRM**
1995 Village Center Cir., Suite 190
Las Vegas, NV  89134
T: (702) 889-6665; F: (702) 889-6664
*Attorneys for Defendant Springland Village Homeowners Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC, | CASE NO: 3:17-cv-00162-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED COMPLAINT** |
| RAE NOLA EDWARDS an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; KERN & ASSOCIATES, LTD; SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V, | **[First Request]** |
| Defendants. | |
| And Related Claims. | |

/ / /

/ / /

/ / /

/ / /

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED COMPLAINT**

IT IS HEREBY STIPULATED between Plaintiff, CHAMPERY RENTAL REO, LLC ("Plaintiff") by and through its counsel, Hutchison & Steffen, LLC, and Defendant, SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION ("HOA"), by and through its counsel of record, the Pengilly Law Firm, to extend the deadline for the HOA to answer or otherwise respond to Plaintiff's Third Amended Complaint to March 16, 2018.

Plaintiff and HOA (collectively referred to as the "Parties" ) stipulate and agree to an extension of the deadline for HOA to answer or otherwise respond to the Third Amended Complaint up-to-and-including March 16, 2018. The Parties are engaged in substantive discussion regarding potential resolution of this matter and wish to conserve the time and resources of the Parties and the Court while such discussions move forward. Therefore, good cause exists for the extension. This is

//
//
//
//
//
//
//
//
//
//
//
//
//
//



the first request for an extension of time with respect to this matter and is not intended to cause delay
or prejudice to any party.

DATED this 22 day of February, 2018

**PENGILLY LAW FIRM**

*s/ Elizabeth B. Lowell, Esq.*
_____
ELIZABETH B. LOWELL, ESQ
James W. Pengilly, Esq. (6085)
Elizabeth Lowell, Esq. (8551)
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
Email: oschulze@pengillylawfirm.com
(702) 889-6665
*Attorneys for Springland Village Homeowners
Association*

DATED this 22 day of February, 2018

**HUTCHISON & STEFFEN**

/s/ Matthew K. Schriever, Esq.
_____
MATTHEW K. SCHRIEVER, ESQ.(10745)
SANDR S. ROBERTSON, ESQ. (5504)
10080 W. Alta Dr., Ste. 200
Las Vegas, NV 89145
(702) 285-2500
Email: srobertson@hutchlegal.com
*Attorneys for Plaintiff Champery Rental REO,
LLC*

**ORDER**

*IT IS SO ORDERED.*

DATED this ___23rd___ day of February, 2018.


_____
UNITED STATES MAGISTRATE JUDGE