GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: karenayarbe@kernltd.com

*Attorneys for Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RAE NOLA EDWARDS an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; KERN & ASSOCIATES, LTD.; SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V,<br><br>Defendants.<br>_____/<br>AND RELATED CLAIMS            / | Case No.: 3:17-cv-00162-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD. TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED COMPLAINT**<br><br>[*Second Request*] |

**IT IS HEREBY STIPULATED** between Plaintiff, CHAMPERY RENTAL REO, LLC ("Plaintiff"), by and through its counsel, Hutchison & Steffen, LLC, and Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd. ("Kern"), by and through its counsel Kern & Associates,

1

Ltd., to extend the deadline for Kern to answer or otherwise respond to Plaintiff's Third Amended Complaint up to and including April 9, 2018. Pursuant to a prior stipulation entered into and approved by the Court (DE 67), Kern's current deadline to answer or otherwise respond to the Third Amended Complaint is March 9, 2018.

Plaintiff and Kern (collectively the "Parties") have been, and continue to be, engaged in substantive discussions regarding the claims and defenses in this matter, interpleader of the surplus funds, and potential resolution. It is the Parties' intent to conserve the time and resources of the Parties and the Court while such discussions move forward. Therefore, good cause exists for the extension up to and including April 9, 2018. This is the second request for an extension of time as to the Third Amended Complaint and is not intended to cause delay or prejudice to any party.

DATED this 8th day of March, 2018.   DATED this 8th day of March, 2018.

**KERN & ASSOCIATES, LTD.**
 /s/ Karen M. Ayarbe, Esq.
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
Tel: (775) 324-5930
Email: karenayarbe@kernltd.com
*Attorneys for Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

**HUTCHINSON & STEFFEN, LLC**
 /s/ Matthew K. Schriever, Esq.
MATTHEW K. SCHRIEVER, ESQ.
Nevada Bar No. 10745
10080 West Alta Drive, Ste. 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Email: mschriever@hutchlegal.com
*Attorneys for Plaintiff
Champery Rental REO, LLC*

**ORDER**

***IT IS SO ORDERED***.

DATED this __12th__ day of March 2018.

_____
UNITED STATES MAGISTRATE JUDGE