GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: karenayarbe@kernltd.com

*Attorneys for Springland Village Homeowners Association*
*(as to Interpleader Only)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>UNKNOWN HEIRS OF RAE NOLA EDWARDS; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; KERN & ASSOCIATES, LTD.; SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V,<br><br>        Defendants.<br>_____/ | Case No.: 3:17-cv-00162-MMD-WGC<br><br>**STIPULATION AND ORDER TO SET ASIDE CLERK'S DEFAULT AND SET DEADLINE FOR CROSS-DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO ANSWER OR OTHERWISE RESPOND TO CROSSCLAIM IN INTERPLEADER**<br><br>**(First Request)** |

///

///

///

///

1

|  |  |
|---|---|
| 1 | FEDERAL NATIONAL MORTGAGE ASSOCIATION, |
| 2 |  |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | CHAMPERY RENTAL REO LLC, |
| 6 |  |
| 7 | Counter-Defendant. |
|  | _____/ |
| 8 | SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION, |
| 9 |  |
| 10 | Counterclaimant, |
| 11 | v. |
| 12 | CHAMPERY RENTAL REO, LLC, |
| 13 | Counter-Defendant. |
|  | _____/ |
| 14 | SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION, |
| 15 |  |
| 16 | Cross-Claimant, |
| 17 | v. |
| 18 | UNKNOWN HEIRS OF RAE NOLA EDWARDS; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; ALL OTHER PERSONS UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE REAL PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S OWNERSHIP, OR ANY CLOUD UPON PLAINTIFF'S TITLE THERETO; GMAC MORTGAGE, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; OCWEN LOAN SERVICING, LLC; HOLLYVALE RENTAL HOLDINGS, LLC; CHAMPERY REAL ESTATE 2015, LLC; |

| | |
|---|---|
| 1 | HOLLYVALE RENTAL HOLDINGS 2015, LLC; ALL THOSE CLAIMING AN INTEREST IN 2614 SUNNY SLOPE DRIVE #3, SPARKS, NV 89434; DOES I through V; and ROE Corporations I through V, |
| | Cross-Defendants. |
| | _____/ |

**IT IS HEREBY STIPULATED** and agreed between Cross-Claimant, Springland Village Homeowners Association (the "Association"), by and through its counsel of record, Kern & Associates, Ltd., and Cross-Defendant, Mortgage Electronic Registration Systems, Inc. ("MERS") by and through its counsel of record, Wright Finlay & Zak (and with the Association, collectively referred to as the "Parties") that the April 12, 2018 Clerk's Default (ECF No. 117) be set aside and MERS be allowed to answer or otherwise respond to the Association's Crossclaim filed on or about March 9, 2018 (ECF No. 82).

The Parties FURTHER STIPULATE and agree that MERS shall have until April 27, 2018 to file an answer or otherwise respond to the Association's Crossclaim. This additional time is requested to allow time for counsel for MERS to review and evaluate the Crossclaim and file an

///
///
///
///
///
///
///
///

answer or other response on behalf of MERS. This request does not prejudice any party and is made in good faith and not for purposes of delay.

DATED this 16th day of April, 2018.　　　　DATED this 16th day of April, 2018.

**KERN & ASSOCIATES, LTD.**　　　　　　**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Karen M. Ayarbe, Esq.*　　　　　　　　*/s/ Christina V. Miller, Esq.*
KAREN M. AYARBE, ESQ.　　　　　　　CHRISTINA V. MILLER, ESQ.
Nevada Bar No. 3358　　　　　　　　　　Nevada Bar No. 12448
5421 Kietzke Lane, Ste. 200　　　　　　　7785 W. Sahara Ave., Ste. 200
Reno, NV 89511　　　　　　　　　　　　Las Vegas, NV 89117
Tel: (775) 324-5930　　　　　　　　　　　Tel: (702) 475-7964
Fax: (775) 324-6173　　　　　　　　　　　Fax: (702) 946-1345
*Attorneys for Springland Village*　　　　*Attorneys for Mortgage Electronic*
*Homeowners Association*　　　　　　　*Registration Systems, Inc.*
*(as to Interpleader Only)*

## **ORDER**

**IT IS SO ORDERED**.

DATED this  16th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*

*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
*Attorneys for Springland Village*
*Homeowners Association*
*(as to Interpleader Only)*

**CERTIFICATE OF SERVICE**

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing ***STIPULATION AND ORDER TO SET ASIDE CLERK'S DEFAULT AND SET DEADLINE FOR CROSS-DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO ANSWER OR OTHERWISE RESPOND TO CROSSCLAIM IN INTERPLEADER (First Request)*** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

| | |
|---|---|
| **THOMAS BECKOM** | tbeckom@mccarthyholthus.com<br>fdcnv@mccarthyholthus.com |
| **JORY C. GARABEDIAN** | jgarabedian@aldridgepite.com<br>nvfilings@aldridgepite.com |
| **LAUREL I. HANDLEY** | lhandley@aldridgepite.com<br>nvfilings@aldridgepite.com |
| **ELIZABETH B. LOWELL** | elowell@pengillylawfirm.com<br>cschnider@pengillylawfirm.com<br>oschulze@pengillylawfirm.com |
| **SANDRA ROBERTSON** | srobertson@hutchlegal.com |
| **ANTHONY R SASSI** | asassi@aldridgepite.com<br>nvfilings@aldridgepite.com |
| **MATTHEW K. SCHRIEVER** | mschriever@hutchlegal.com<br>bbenitez@hutchlegal.com |
| **KRISTIN A SCHULER-HINTZ** | FDCNV@mccarthyholthus.com |
| **JOHN T STEFFEN** | jsteffen@hutchlegal.com |

                                      */s/ Teresa A. Gearhart*
                                      An Employee of Kern & Associates, Ltd.