WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Cross-Defendants Mortgage Electronic Registration Systems, Inc., Ocwen Loan Servicing, LLC and GMAC Mortgage, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC,<br><br>          Plaintiff,<br>    vs.<br><br>UNKNOWN HEIRS OF RAE NOLA EDWARDS; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; KERN & ASSOCIATES, LTD.; SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V,<br><br>          Defendants. | Case No.:  3:17-cv-00162-MMD-WGC<br><br>**STIPULATION AND ORDER FOR**<br>  **(1) DISCLAIMER OF INTEREST AND**<br>  **(2) DISMISSAL OF CROSS-CLAIM AGAINST MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, LLC AND GMAC MORTGAGE, LLC** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION;<br><br>          Counterclaimant,<br>    vs.<br><br>CHAMPERY RENTAL REO, LLC;<br><br>          Counter-Defendant. | |
| SPRINGLAND VILLAGE HOMEOWNERS | |

ASSOCIATION;

        Counterclaimant,

vs.

CHAMPERY RENTAL REO, LLC;

        Counter-Defendant.

_____

SPRINGLAND VILLAGE HOMEOWNERS
ASSOCIATION;

        Cross-claimant,

vs.

UNKNOWN HEIRS OF RAE NOLA
EDWARDS; FEDERAL NATIONAL
MORTGAGE ASSOCIATION; QUALITY
LOAN SERVICE CORPORATION; ALL
OTHER PERSONS UNKNOWN CLAIMING
ANY RIGHT, TITLE, ESTATE, LIEN OR
INTEREST IN THE REAL PROPERTY
DESCRIBED IN THE COMPLAINT
ADVERSE TO PLAINTIFF'S OWNERSHIP,
OR ANY CLOUD UPON PLAINTIFF'S
TITLE THERETO; GMAC MORTGAGE,
LLC; MORTGAGE ELECTRONIC
SYSTEMS, INC.; OCWEN LOAN
SERVICING, LLC; HOLLYVALE RENTAL
HOLDINGS, LLC; CHAMPERY REAL
ESTATE 2015, LLC; HOLLYVALE RENTAL
HOLDINGS 2015, LLC; HOLLYVALE
RENTAL HOLDINGS, LLC; ALL THOSE
CLAIMING AN INTEREST IN 2614 SUMMY
SLOPE DIRVE #3, SPARKS, NV 89434;
DOES I through V; and ROE Corporations I
through V;

        Cross-Defendants.

Cross-claimant, Springland Village Homeowners Association (hereinafter the "HOA"),

by and through its counsel of record, Gayle A. Kern, Esq. and Karen M. Ayarbe, Esq., of the law

firm Kern & Associates, Ltd.; and Cross-Defendants Mortgage Electronic Registration Systems,

Inc. ("MERS"), Ocwen Loan Servicing, LLC ("Ocwen") and GMAC Mortgage, LLC

("GMAC") by and through their counsel of record, Dana J. Nitz, Esq. and Christina V. Miller, Esq. of the law firm of Wright, Finlay & Zak, LLP; hereby stipulate and agree as follows:

WHEREAS the above-captioned action concerns the real property located at 2614 Sunny Slope Drive, #3, Sparks, Nevada 89434 and described in the HOA's Counterclaim and Cross-Claim in Interpleader [ECF No. 82] at ¶2 (the "Property");

WHEREAS the HOA filed its Counterclaim and Cross-Claim in Interpleader on March 9, 2018 [ECF No. 82], concerning excess proceeds resulting from the HOA's non-judicial foreclosure of its lien for unpaid assessments against the Property ("Excess Proceeds");

IT IS HEREBY STIPULATED AND AGREED that, pursuant to NRS 120.230, MERS, Ocwen and GMAC hereby disclaim any and all right, title, or interest in or to any or all of the Excess Proceeds and Property, or in any award from the Excess Proceeds to MERS, Ocwen or GMAC which may be ordered by the Court.

IT IS FURTHER STIPULATED AND ADGREED that MERS, Ocwen and GMAC are hereby dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO STIPULATED AND AGREED.

DATED this 22nd day of May, 2018.
WRIGHT, FINLAY & ZAK, LLP

/s/ Christina V. Miller
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Cross-Defendants, Mortgage Electronic Registration Systems, Inc. , Ocwen Loan Servicing, LLC and GMAC Mortgage, LLC*

DATED this 22nd day of May, 2018.
KERN & ASSOCIATES, LTD.

/s/ Karen M. Ayarbe
Gayle A. Kern, Esq.
Nevada Bar No. 1620
Karen M. Ayarbe, Esq.
Nevada Bar No. 3358
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511
*Attorneys for Crossclaimant, Springland Village Homeowners Association*

**IT IS SO ORDERED.**

DATED this 22nd day of ____May____, 2018.

_____
DISTRICT COURT JUDGE