GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: karenayarbe@kernltd.com
*Attorneys for Springland Village Homeowners Association
(as to Interpleader Only)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC, | Case No.: 3:17-cv-00162-MMD-WGC |
| Plaintiff, | |
| v. | |
| UNKNOWN HEIRS OF RAE NOLA EDWARDS; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; KERN & ASSOCIATES, LTD.; SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V, | STIPULATION AND ORDER FOR DISBURSEMENT OF SURPLUS FUNDS AND DISMISSAL OF INTERPLEADER |
| Defendants. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Counterclaimant, | |
| v. | |
| CHAMPERY RENTAL REO LLC, | |
| Counter-Defendant. | |

1

| | |
|---|---|
| SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION, | |
| Counterclaimant, v. | |
| CHAMPERY RENTAL REO, LLC, | |
| Counter-Defendant. | |

SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION,

    Cross-Claimant,
v.

UNKNOWN HEIRS OF RAE NOLA EDWARDS; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; ALL OTHER PERSONS UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE REAL PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S OWNERSHIP, OR ANY CLOUD UPON PLAINTIFF'S TITLE THERETO; GMAC MORTGAGE, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; OCWEN LOAN SERVICING, LLC; HOLLYVALE RENTAL HOLDINGS, LLC; CHAMPERY REAL ESTATE 2015, LLC; HOLLYVALE RENTAL HOLDINGS 2015, LLC; ALL THOSE CLAIMING AN INTEREST IN 2614 SUNNY SLOPE DRIVE #3, SPARKS, NV 89434; DOES I through V; and ROE Corporations I through V,

    Cross-Defendants.

**STIPULATION AND ORDER FOR DISBURSEMENT OF SURPLUS FUNDS AND DISMISSAL OF INTERPLEADER**

Cross-Claimant/Counter-Claimant Springland Village Homeowners Association (the "Association"), by and through its counsel, Kern & Associates Ltd., Plaintiff/Counter-Defendant Champery Rental REO LLC ("Champery"), by and through its counsel Hutchinson & Steffen, and Defendant/Cross-Defendant Federal National Mortgage Association ("Fannie Mae"), by and through its counsel Aldridge Pite, hereby state, agree, and stipulate as follows:

1. This action arises from the Association's NRS Chapter 116 assessment lien foreclosure sale of certain real property identified below, and the legal dispute as between Champery and Fannie Mae concerning the legal effect of the Association's foreclosure on Fannie Mae's deed of trust.

2. The Association filed its Counterclaim and Cross-Claim in Interpleader on March 9, 2018 ("Interpleader Action" DE 81 and 82). The Association's Interpleader Action contains a single claim to distribute surplus funds, less fees and costs incurred by the Association in connection with the Interpleader Action, remaining from the August 19, 2016 foreclosure sale of that certain real property located in Sparks, Nevada, commonly known as 2614 Sunny Slope Drive, #3, Sparks NV, 89434, and more particularly described as:

PARCEL 1:

>UNIT 3 IN BUILDING 12 OF SPRINGLAND VILLAGE UNIT NO. 1B (A CONDOMINIUM SUBDIVISION), AS SHOWN ON THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, NEVADA, ON MARCH 23, 1982, FILE NO. 786846, TRACT MAP NO. 2038.

PARCEL 2:

>AN UNDIVIDED 1/86TH INTEREST IN THE COMMON AREA OF SPRINGLAND VILLAGE UNIT NO. 1B (A CONDOMINIUM SUBDIVISION), AS SHOWN ON THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, NEVADA, ON MARCH 23, 1982.

("Subject Property") and is also identified as APN 030-328-11.

3. The Counter-Defendant and Cross-Defendants named herein are all parties who may have an interest in the Subject Property and the surplus funds remaining after the Association's foreclosure of the Property, as provided for in NRS 116.31164(7)(b).[1] The statute sets forth the distribution priority of funds following an association's assessment lien foreclosure sale conducted pursuant to NRS 116.3116 *et seq*.

4. The Association foreclosed its lien for delinquent assessments in accord with the provisions set forth in NRS 116.3116 *et seq* and sold the Subject Property to the highest bidder Cross-Defendant Hollyvale Rental Holdings, LLC ("HRH"), predecessor in interest to Champery, for the sum of $80,000.00. After payment of the unpaid assessments and permitted foreclosure fees, surplus funds remain in the sum of $69,200.00 ("Surplus Funds") and which are held in trust by the Association's undersigned counsel, Kern & Associates, Ltd.

5. The Association, through its counsel, has undertaken efforts to locate and serve the Counter-Defendant and numerous Cross-Defendants named herein who may have an interest in the Surplus Funds from the above-referenced foreclosure sale.

---

[1] NRS 116.31164(7) provides as follows:

7. After the sale, the person conducting the sale shall:
   (a) Comply with the provisions of subsection 2 of NRS 116.31166; and
   (b) Apply the proceeds of the sale for the following purposes in the following order:
   (1) The reasonable expenses of sale;
   (2) The reasonable expenses of securing possession before sale, holding, maintaining, and preparing the unit for sale, including payment of taxes and other governmental charges, premiums on hazard and liability insurance, and, to the extent provided for by the declaration, reasonable attorney's fees and other legal expenses incurred by the association;
   (3) Satisfaction of the association's lien;
   (4) Satisfaction in the order of priority of any subordinate claim of record; and
   (5) Remittance of any excess to the unit's owner.

6. Counter-Defendant Champery was served with a copy of the Interpleader Action on or about March 9, 2018 and filed its Answer on April 9, 2018 (DE 110.)

7. Service of the Interpleader Action and Summonses were accepted by counsel for Cross-Defendants HRH, Champery Real Estate 2015 ("Champery 2015"), and Hollyvale Rental Holdings 2015 ("HRH 2015") on or about March 19, 2018, and Answers and Disclaimers of Interest were filed on April 9 and April 10, 2018, respectively. (DE 111 and 113.)

8. Service of the Interpleader Action on Cross-Defendant Fannie Mae (as the holder of the beneficial interest in the deed of trust encumbering the Subject Property) was on or about March 9, 2018 (DE 82), and Fannie Mae filed its Answer and Claim to Surplus Funds on March 26, 2018 (DE 104).

9. Service of the Interpleader Action was effected on Cross-Defendants Mortgage Electronic Systems, Inc. ("MERS"), and Ocwen Loan Servicing, LLC ("Ocwen") on or about March 15 and 16, 2018 (DE 98 and 103). Ultimately, through counsel, Disclaimers of Interests and Stipulations for Dismissal were filed for MERS and Ocwen on May 22, 2018, as well as for Cross-Defendant GMAC Mortgage LLC ("GMAC") (DE 131 and 132.)

10. Cross-Defendant Quality Loan Service was served on or about March 9, 2018 (DE 82) and filed its Declaration of Non-Monetary Status and Disclaimer on or about April 10, 2018 (DE 114).

11. The Association, through its counsel, obtained approval from the Court on March 15, 2018 (DE 96) to complete service by publication on Cross-Defendants (1) ALL THOSE CLAIMING AN INTEREST IN 2614 SUNNY SLOPE DRIVE #3, SPARKS, NV 89434; (2) the UNKNOWN HEIRS OF RAE NOLA EDWARDS; and (3) ALL OTHER PERSONS UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE

REAL PROPERTY ADVERSE TO PLAINTIFF'S OWNERSHIP, OR ANY CLOUD UPON TITLE THERETO ("Unknown Cross-Defendants") The Association completed service by publication on the Unknown Cross-Defendants and filed proof of publication with the Court (DE 120, 121, and 122). No answer or other appearances were made by or on behalf of the Unknown Cross-Defendants, and defaults were entered against all Unknown Cross-Defendants on May 22, 2018 (DE 130.)

12. All Counter-Defendants and Cross-Defendants to the Interpleader Action have been served, and all Counter-Defendants and Cross-Defendants with the exception of Fannie Mae and Champery have either been defaulted or disclaimed interest in the Surplus Funds.

13. The Association does not claim an interest to the Surplus Funds and is presently ready, willing and able to disburse the Surplus Funds, less its fees and costs, in accord with Nevada law.

14. Defendant/Cross-Defendant Fannie Mae is the only party which has made a claim to the Surplus Funds (DE 104), while Plaintiff/Counter-Defendant Champery has asserted that the deed of trust beneficiary, i.e. Fannie Mae, should receive the Surplus Funds (DE 110, p. 3, ll. 1-4).

15. Since the filing of the Interpleader Action, Champery and Fannie Mae have reached a settlement of the claims asserted against each other in this matter, the terms of which settlement provide in part for payment of the Surplus Funds to Fannie Mae.

16. An Order from this Court authorizing the Association to disburse the Surplus Funds remaining after its assessment lien foreclosure sale in accord with Nevada law is necessary and appropriate.

///

6

Based upon the foregoing,

***IT IS HEREBY STIPULATED AND AGREED*** that all parties have been duly served and given time to assert a claim against the Surplus Funds remaining after the Association's assessment lien foreclosure sale of the Subject Property;

***IT IS FURTHER HEREBY STIPULATED AND AGREED*** that through July 9, 2018, the Association has incurred attorney's fees in amount of $7,996.00 (27.1 hours at $295.00 an hour) and costs in the amount of $2,609.91 (including $2,289.00 for publication of summonses for the Unknown Cross-Defendants), for a total amount of fees and costs of $10,686.91;

***IT IS FURTHER HEREBY STIPULATED AND AGREED*** that the fees and costs incurred by the Association are reasonable and necessary;

***IT IS FURTHER HEREBY STIPULATED AND AGREED*** that the Association's counsel Kern & Associates, Ltd., shall be paid from its trust account the amount of $10,686.91 as its attorney's fees and costs incurred on behalf of the Association in the interpleader action;

***IT IS FURTHER HEREBY STIPULATED AND AGREED*** that the remaining Surplus Funds in the amount of $58,513.09 shall be disbursed to Defendant/Cross-Defendant Fannie Mae from Kern & Associates, Ltd.'s trust account in accord with the settlement reached by and between Plaintiff/Counter-Defendant Champery and Fannie Mae.

***IT IS FURTHER HEREBY STIPULATED AND AGREED*** that no parties to this action will have any future claims to the Surplus Funds remaining from the Association's assessment lien foreclosure sale of the Subject Property; and

///

///

///

7

***IT IS FURTHER HEREBY STIPULATED AND AGREED*** that the Court's Order approving this Stipulation shall constitute a dismissal of the Interpleader Action with prejudice. However, the claims and counterclaims, between Champery and Fannie Mae shall remain pending and will be addressed and resolved through a separate stipulation and order.

| DATED this 16th day of July, 2018. | DATED this 18th day of July, 2018. |
|---|---|
| ***KERN & ASSOCIATES, LTD.*** | ***HUTCHINSON & STEFFEN, PLLC*** |
| */s/ Karen M. Ayarbe, Esq.* | */s/ Matthew K. Schriever, Esq.* |
| KAREN M. AYARBE, ESQ. | MATTHEW K. SCHRIEVER, ESQ. |
| Nevada Bar No. 3358 | Nevada Bar No. 10745 |
| 5421 Kietzke Lane, Ste. 200 | 10080 West Alta Drive, Ste. 200 |
| Reno, NV 89511 | Las Vegas, NV 89145 |
| Tel: (775) 324-5930 | Tel: (702) 385-2500 |
| Email: karenayarbe@kernltd.com | Email: mschriever@hutchlegal.com |
| *Attorneys for Springland Village Homeowners Association* | *Attorneys for Champery Rental REO, LLC* |

DATED this 18th day of July, 2018.

***ALDRIDGE PITE, LLP***

*/s/ Jory Garabedian, Esq.*
JORY GARABEDIAN, ESQ.
Nevada Bar No. 10352
520 South 4th St., Ste. 360
Las Vegas, NV 89101
Tel: (702) 991-4636
Email: jgarabedian@aldridgepite.com
*Attorneys for Federal National Mortgage Association*

///
///
///
///
///

## ORDER

Based upon the foregoing Stipulation between the parties, and good cause appearing:

***IT IS HEREBY ORDERED*** that the Association's counsel Kern & Associates, Ltd., shall be paid from its trust account the amount of $10,686.91 as its attorney's fees and costs incurred on behalf of the Association in the Interpleader Action;

***IT IS FURTHER HEREBY ORDERED*** that the remaining Surplus Funds in the amount of $58,513.09 shall be disbursed to Defendant/Cross-Defendant Fannie Mae from Kern & Associates, Ltd.'s trust account in accord with the settlement reached by and between Plaintiff/Counter-Defendant Champery and Fannie Mae.

***IT IS FURTHER HEREBY ORDERED*** that no parties to this action will have any future claims to the Surplus Funds remaining from the Association's assessment lien foreclosure sale of the Subject Property; and

***IT IS FURTHER HEREBY ORDERED*** that the Court's Order approving this Stipulation shall constitute a dismissal of the Interpleader Action with prejudice.

***IT IS SO ORDERED.***

DATED this 23rd day of July 2018.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing *STIPULATION AND ORDER FOR DISBURSEMENT OF SURPLUS FUNDS AND DISMISSAL OF INTERPLEADER* was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

| | |
|---|---|
| THOMAS BECKOM | tbeckom@mccarthyholthus.com |
| | fdcnv@mccarthyholthus.com |
| JORY C. GARABEDIAN | jgarabedian@aldridgepite.com |
| | nvfilings@aldridgepite.com |
| LAUREL I. HANDLEY | lhandley@aldridgepite.com |
| | nvfilings@aldridgepite.com |
| ELIZABETH B. LOWELL | elowell@pengillylawfirm.com |
| | twhite@pengillylawfirm.com |
| | oschulze@pengillylawfirm.com |
| CHRISTINA MILLER | cmiller@wrightlegal.net |
| | fharris@wrightlegal.net |
| | nvefile@wrightlegal.net |
| SANDRA ROBERTSON | srobertson@hutchlegal.com |
| | bbenitez@hutchlegal.com |
| ANTHONY R SASSI | asassi@aldridgepite.com |
| | nvfilings@aldridgepite.com |
| MATTHEW K. SCHRIEVER | mschriever@hutchlegal.com |
| | bbenitez@hutchlegal.com |
| KRISTIN A SCHULER-HINTZ | FDCNV@mccarthyholthus.com |
| JOHN T STEFFEN | jsteffen@hutchlegal.com |

DATED this 19th day of July 2018.

/s/ *Christine A. Lamia*
An Employee of Kern & Associates, Ltd.