John T. Steffen (4390)
Matthew K. Schriever (10745)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
mschriever@hutchlegal.com

Casey J. Nelson, Esq. (12259)
Wedgewood, LLC
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146
Telephone: (702) 305-9157
Facsimile: (310) 730-5967
E-mail: caseynelson@wedgewood-inc.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNKNOWN HEIRS OF RAE NOLA EDWARDS; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; KERN & ASSOCIATES, LTD.; SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V, <br><br> Defendants, <br><br> AND RELATED ACTIONS. | CASE NO.: 3:17-cv-00162-MMD-WGC <br><br> **DEFAULT JUDGMENT AGAINST DEFENDANT UNKNOWN HEIRS OF RAE NOLA EDWARDS** |

-1-

This matter came before the Court on Plaintiff's Renewed Motion For Default Judgment Against Defendant Unknown Heirs Of Rae Nola Edwards. The Court having reviewed the papers and pleadings on file herein, and for good cause appearing therefore,

THE COURT FINDS that RAE NOLA EDWARDS ("EDWARDS") formerly owned real property commonly known as 2614 SUNNY SLOPE DRIVE, #3, SPARKS, NV 89434, APN 030-328-11, and more specifically identified as:

> PARCEL 1:
> UNIT 3, IN BUILDING 12, OF SPRINGLAND VILLAGE UNIT NO. 1B (A CONDOMINIUM SUBDIVISION), ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON MARCH 23, 1982, FILE NO. 786846, TRACT MAP NO. 2038.
>
> PARCEL 2:
> AN UNDIVIDED 1/86TH INTEREST IN THE COMMON AREA OF SPRINGLAND VILLAGE UNIT NO. 1B, (A CONDOMINIUM SUBDIVISION), ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON MARCH 23, 1982.

(the "Subject Property").

THE COURT FURTHER FINDS that EDWARDS passed away on or about NOVEMBER 21, 2013 with no record of a will or probate action.

THE COURT FURTHER FINDS that on AUGUST 19, 2016, KERN & ASSOCIATES, LTD. ("Trustee") for and on behalf of SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION ("HOA") conducted a homeowners' association foreclosure sale on the Subject Property pursuant to NRS 116 and its governing documents, wherein Plaintiff's predecessor-in-interest, HOLLYVALE RENTAL HOLDINGS, LLC ("HOLLYVALE") purchased the Subject Property and became the owner of the Subject Property.

THE COURT FURTHER FINDS that the foreclosure deed by which HOLLYVALE acquired ownership of the Subject Property was recorded with the Washoe County Recorder on OCTOBER 25, 2016.

THE COURT FURTHER FINDS that the any interest of UNKNOWN HEIRS OF RAE NOLA EDWARDS in the Subject Property was extinguished by the homeowners' association foreclosure sale conducted by the HOA on AUGUST 19, 2016.

THE COURT FURTHER FINDS that the Plaintiff became the owner of the Subject Property through a quitclaim deed which was recorded with the Washoe County Recorder on FEBRUARY 27, 2017 as DOC #4682809.

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion For Default Judgment is GRANTED pursuant to FRCP 55(b).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment for declaratory relief and to quiet title in the Subject Property shall be entered by the Court in favor of the Plaintiff and against Defendant UNKNOWN HEIRS OF RAE NOLA EDWARDS consistent with the above findings by the Court.

///

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that CHAMPERY RENTAL REO, LLC is vested with good, clear, marketable title to the Subject Property and that Defendant UNKNOWN HEIRS OF RAE NOLA EDWARDS has no interest, right, or claim to the Subject Property whatsoever.

IT IS SO ORDERED.

Dated this __4th__ day of __October_____, 2018.

 

_____
FEDERAL COURT JUDGE

Submitted by:

HUTCHISON & STEFFEN, PLLC

/s/ Matthew K. Schriever
_____
John T. Steffen (4390)
Matthew K. Schriever (10745)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
mschriever@hutchlegal.com

*Attorneys for Plaintiff*