John T. Steffen (4390)
Matthew K. Schriever (10745)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
mschriever@hutchlegal.com

Casey J. Nelson, Esq. (12259)
Wedgewood, LLC
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146
Telephone: (702) 305-9157
Facsimile: (310) 730-5967
E-mail: caseynelson@wedgewood-inc.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN HEIRS OF RAE NOLA EDWARDS; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; KERN & ASSOCIATES, LTD.; SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V,<br><br>Defendants,<br><br>AND RELATED ACTIONS. | CASE NO.: 3:17-cv-00162-MMD-WGC<br><br>**ORDER DISMISSING CLAIMS BETWEEN CHAMPERY RENTAL REO, LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION** |

Pursuant to the stipulation entered into between the parties, and good cause appearing therefore:

IT IS HEREBY ORDERED that CHAMPERY RENTAL REO, LLC, is the owner of the property commonly known as 2614 SUNNY SLOPE DRIVE, #3, SPARKS, NV 89434, APN 030-328-11.

IT IS FURTHER ORDERED that Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION'S Deed of Trust recorded in the Official Records of the Washoe County Recorder on October 19, 2012 as Document Number 4164735 has been paid in full and released/reconveyed.

IT IS FURTHER ORDERED that all remaining claims, counterclaims, and cross-claims between CHAMPERY RENTAL REO, LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that any Notice of Lis Pendens filed and recorded in this matter is hereby expunged and otherwise removed from title to the Property.

IT IS FURTHER ORDERED that each party is to bear their own attorneys' fees and costs.

DATED this 7th day of November 2018.

_____
MIRANDA M. DU
DISTRICT COURT JUDGE