John T. Steffen (4390)
Matthew K. Schriever (10745)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
mschriever@hutchlegal.com

Casey J. Nelson, Esq. (12259)
Wedgewood, LLC
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146
Telephone: (702) 305-9157
Facsimile: (310) 730-5967
E-mail: caseynelson@wedgewood-inc.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNKNOWN HEIRS OF RAE NOLA EDWARDS; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; KERN & ASSOCIATES, LTD.; SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V,<br><br>    Defendants,<br><br>AND RELATED ACTIONS. | CASE NO.: 3:17-cv-00162-MMD-WGC<br><br>**[PROPOSED] ORDER DISMISSING CLAIMS BETWEEN CHAMPERY RENTAL REO, LLC AND SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION** |

Pursuant to the stipulation entered into between the parties, and good cause appearing therefore:

IT IS HEREBY ORDERED that SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION'S claims for assessments accruing against the property commonly known as 2614 SUNNY SLOPE DRIVE, #3, SPARKS, NV 89434, APN 030-328-11 prior to the date of the HOA foreclosure sale have been fully discharged.

IT IS FURTHER ORDERED that all remaining claims, counterclaims, and cross-claims between CHAMPERY RENTAL REO, LLC and SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party is to bear their own attorneys' fees and costs.

DATED this 27th day of November 2018.

_____
MIRANDA M. DU
DISTRICT COURT JUDGE

Submitted by:

/s/ Matthew K. Schriever
_____
John T. Steffen (4390)
Matthew K. Schriever (10745)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorney for Champery Rental REO, LLC*